Order on Chapter 13 Debtor's Motion – *Page 1*    F 3015-1.14

| In re: | | CHAPTER 13 TRUSTEE |
|---|---|---|
| CLARO TUBACES ROJAS<br>MANUELA DEMOT ROJAS<br>ORIGINAL<br>Debtor(s). | | CASE NUMBER   10-14973-PC |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rod Danielson<br>4361 Latham Street, Ste. 270<br>Riverside, CA 92501<br>OFFICE # (951) 826-8000<br>FAX # (951) 826-8090<br><br>LODGED JUL 02 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>☐ Attorney for<br>☐ Pro Se Debtor<br>X Chapter 13 Trustee | FILED JUL - 8 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>ENTERED JUL 09 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER   10-14973-PC |
| In re:<br><br>CLARO TUBACES ROJAS<br>MANUELA DEMOT ROJAS<br><br>Debtor(s). | (No Hearing Required) |

### ORDER DISMISSING CHAPTER 13 CASE

There being no opposition to the Chapter 13 Trustee's motion to dismiss filed on **6/10/2010**

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

Dated:

JUL 0 8 2010

_____
UNITED STATES BANKRUPTCY JUDGE